

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Oklahoma

| | | |
|---|---|---|
| Michelle Dawn Murphy | ) | |
| _Plaintiff_ | ) ) ) | |
| v. | ) | Civil Action No.   15 CV 528 CVE-PJC |
| 1.    The City of Tulsa, at. al, | ) ) ) | |
| _Defendant_   · | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Timothy Harris
2707 E. 67th Pl
Tulsa, OK 74136

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

R. Thomas Seymour                 Richard O'Carroll
1811 S. Baltimore                 2171 N. Vancouver Ave
Tulsa, OK 74119                   Tulsa, OK 74127
918-583-5791                      918 584 4192
rtseymour1@aol.com                troc@cox.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    Phil Lombardi, Clerk

Date:    10/07/2015

_Signature of Clerk or Deputy Clerk_



AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Northern District of Oklahoma

| | | |
|---|---|---|
| Michelle Dawn Murphy | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No.   15 CV 528 CVE-PJC |
| 1.    The City of Tulsa, at. al, | ) ) ) | |
| *Defendant* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ann Reed
1208 W Fulton St. S.
Broken Arrow, OK 74012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    R. Thomas Seymour          Richard O'Carroll
1811 S. Baltimore          2171 N. Vancouver Ave
Tulsa, OK 74119            Tulsa, OK 74127
918-583-5791              918 584 4192
rtseymour1@aol.com        troc@cox.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    Phil Lombardi, Clerk

Date:    10/07/2015
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### Northern District of Oklahoma

| | | |
|---|---|---|
| Michelle Dawn Murphy | ) | |
| _Plaintiff_ | ) ) ) | |
| v. | ) | Civil Action No.  15 CV 528 CVE-PJC |
| 1.    The City of Tulsa, at. al, | ) ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Gerald Bender
The City of Tulsa
175 E. 2nd St #685
Tulsa, OK 74103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

R. Thomas Seymour            Richard O'Carroll
1811 S. Baltimore            2171 N. Vancouver Ave
Tulsa, OK 74119             Tulsa, OK 74127
918-583-5791               918 584 4192
rtseymour1@aol.com          troc@cox.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_    Phil Lombardi. Clerk

Date:        10/07/2015                _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### Northern District of Oklahoma

| | |
|---|---|
| Michelle Dawn Murphy | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.   15 CV 528 CVE-PJC |
| 1.    The City of Tulsa, at. al, | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Thomas Gibson
4219 Apache Rd. NE
Piedmont, OK 73078

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    R. Thomas Seymour            Richard O'Carroll
1811 S. Baltimore            2171 N. Vancouver Ave
Tulsa, OK 74119              Tulsa, OK 74127
918-583-5791                918 584 4192
rtseymour1@aol.com          troc@cox.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    Phil Lombardi, Clerk

Date:    _____10/07/2015_____                    _____
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

<table>
<tr><td>Michelle Dawn Murphy</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td><i>Plaintiff</i></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No.   15 CV 528 CVE-PJC</td></tr>
<tr><td>1.   The City of Tulsa, at. al,</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td><i>Defendant</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Tara Valouch
9215 N 98th East Ct.
Owasso, OK 74055


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

R. Thomas Seymour
1811 S. Baltimore
Tulsa, OK 74119
918-583-5791
rtseymour1@aol.com

Richard O'Carroll
2171 N. Vancouver Ave
Tulsa, OK 74127
918 584 4192
troc@cox.net


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT    Phil Lombardi, Clerk

Date:       10/07/2015

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | | |
|---|---|---|
| Michelle Dawn Murphy | ) | |
| _Plaintiff_ | ) ) ) | |
| v. | ) | Civil Action No.   15 CV 528 CVE-PJC |
| 1.    The City of Tulsa, at. al, | ) ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Mike Cook
21942 W. Skelly Rd.
Haskell, OK 74436

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    R. Thomas Seymour          Richard O'Carroll
1811 S. Baltimore          2171 N. Vancouver Ave
Tulsa, OK 74119            Tulsa, OK 74127
918-583-5791              918 584 4192
rtseymour1@aol.com         troc@cox.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   **Phil Lombardi**, Clerk

Date:        10/07/2015

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### Northern District of Oklahoma

| | | |
|---|---|---|
| Michelle Dawn Murphy | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   15 CV 528 CVE-PJC |
| 1.    The City of Tulsa, at. al, | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Mary Long
20251 NE 63rd St.
Harrah, OK 73045

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   R. Thomas Seymour          Richard O'Carroll
1811 S. Baltimore          2171 N. Vancouver Ave
Tulsa, OK 74119           Tulsa, OK 74127
918-583-5791             918 584 4192
rtseymour1@aol.com        troc@cox.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT     Phil Lombardi, Clerk

Date: _____10/07/2015_____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Oklahoma

| | | |
|---|---|---|
| Michelle Dawn Murphy | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   15 CV 528 CVE-PJC |
| 1.   The City of Tulsa, at. al, | ) | |
| | ) | |
| *Defendant* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jeri Poplin
117 E. Snowmass Dr
Yukon, Ok 73099

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   R. Thomas Seymour          Richard O'Carroll
1811 S. Baltimore          2171 N. Vancouver Ave
Tulsa, OK 74119            Tulsa, OK 74127
918-583-5791              918 584 4192
rtseymour1@aol.com        troc@cox.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Phil Lombardi, Clerk

Date:     10/07/2015     _____
                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Oklahoma

| | |
|---|---|
| Michelle Dawn Murphy | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  15 CV 528 CVE-PJC |
| 1.    The City of Tulsa, at. al, | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gary Otterstrom
4611 S. Jamestown Ave.
Tulsa, OK 74135

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

R. Thomas Seymour          Richard O'Carroll
1811 S. Baltimore          2171 N. Vancouver Ave
Tulsa, OK 74119            Tulsa, OK 74127
918-583-5791               918 584 4192
rtseymour1@aol.com         troc@cox.net

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                        CLERK OF COURT    Phil Lombardi, Clerk

Date: _____10/07/2015_____                    _____
                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

| | |
|---|---|
| Michelle Dawn Murphy | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.  15 CV 528 CVE-PJC |
| 1.    The City of Tulsa, at. al, | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Doug Noordyke
10914 E. 76th St. S.
Tulsa, Ok 74133


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    R. Thomas Seymour          Richard O'Carroll
1811 S. Baltimore          2171 N. Vancouver Ave
Tulsa, OK 74119            Tulsa, OK 74127
918-583-5791               918 584 4192
rtseymour1@aol.com         troc@cox.net


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    Phil Lombardi, Clerk

Date:  _____10/07/2015_____          _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

| | |
|---|---|
| Michelle Dawn Murphy | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.   15 CV 528 CVE-PJC |
| 1.    The City of Tulsa, at. al, | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Doris Unap
523 W. 4th St.
Skiatook, Ok 74070

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

R. Thomas Seymour          Richard O'Carroll
1811 S. Baltimore          2171 N. Vancouver Ave
Tulsa, OK 74119            Tulsa, OK 74127
918-583-5791              918 584 4192
rtseymour1@aol.com         troc@cox.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT          **Phil Lombardi, Clerk**

Date:          10/07/2015          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

### Northern District of Oklahoma

| | | |
|---|---|---|
| Michelle Dawn Murphy | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   15 CV 528 CVE-PJC |
| 1.   The City of Tulsa, at. al, | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* David Sugiyama
1216 W 117th Ct
Jenks, Ok 74037

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

R. Thomas Seymour
1811 S. Baltimore
Tulsa, OK 74119
918-583-5791
rtseymour1@aol.com

Richard O'Carroll
2171 N. Vancouver Ave
Tulsa, OK 74127
918 584 4192
troc@cox.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    Phil Lombardi. Clerk

Date:    10/07/2015

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### Northern District of Oklahoma

| | |
|---|---|
| Michelle Dawn Murphy <br><br>―――――――――――――― <br> *Plaintiff* <br><br> v. <br><br> 1.   The City of Tulsa, at. al, <br><br> ―――――――――――――― <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> )    Civil Action No.   15 CV 528 CVE-PJC <br> ) <br> ) <br> ) <br> ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Wayne Allen
728 W. 79th St. S.
Tulsa, OK 74132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    R. Thomas Seymour        Richard O'Carroll
1811 S. Baltimore        2171 N. Vancouver Ave
Tulsa, OK 74119         Tulsa, OK 74127
918-583-5791          918 584 4192
rtseymour1@aol.com        troc@cox.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    **Phil Lombardi, Clerk**

Date:    10/07/2015

―――――――――――――――――――――
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### Northern District of Oklahoma

| | |
|---|---|
| Michelle Dawn Murphy | ) |
| _Plaintiff_ | ) |
| v. | )    Civil Action No.   15 CV 528 CVE-PJC |
| 1.   The City of Tulsa, at. al, | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Ann Morris
7826 Lascala BLVD
Indianapolis, IN 46237

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

R. Thomas Seymour             Richard O'Carroll
1811 S. Baltimore                 2171 N. Vancouver Ave
Tulsa, OK 74119                  Tulsa, OK 74127
918-583-5791                     918 584 4192
rtseymour1@aol.com             troc@cox.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    Phil Lombardi, Clerk

Date: _____10/07/2015_____         _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### Northern District of Oklahoma

| | |
|---|---|
| Michelle Dawn Murphy | ) |
| ———————————————— | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   15 CV 528 CVE-PJC |
| 1.    The City of Tulsa, at. al, | ) |
| ———————————————— | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BK Smith
8710 S. 69th E. Ave.
Tulsa, OK 74133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   R. Thomas Seymour        Richard O'Carroll
1811 S. Baltimore          2171 N. Vancouver Ave
Tulsa, OK 74119            Tulsa, OK 74127
918-583-5791              918 584 4192
rtseymour1@aol.com        troc@cox.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    Phil Lombardi, Clerk

Date:        10/07/2015                    ————————————————————————
                                           *Signature of Clerk or Deputy Clerk*