# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHELLE DAWN MURPHY, | ) |
| Plaintiff, | ) |
| | ) 15 CV-528 GKF-PJC |
| v. | ) |
| | ) |
| THE CITY OF TULSA, *et. al.* | ) |

## DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS
## IN THEIR PERSONAL CAPACITY ONLY

The Plaintiff, through counsel, and pursuant to Fed. Rules Civ. Proc. Rule 41(a)(1)(A) hereby dismisses without prejudice as a matter of right police officers, Cook, Noordyke, Allen, Smith, and Otterstrom and criminalists Ann Morris, Ann Reed, Tara Valouch and David Sugiyama. This dismissal is strictly limited to these defendants **in their personal capacity only.** As averred in ¶¶ 26-28 of the *Complaint*, the City of Tulsa is responsible for these defendants in their official capacity. *See also Pietrowski v. Town of Dibble*, 134 F.3d 1006, 1009 (10th Cir.1998)("[a]n action against a person in his official capacity is, in reality, an action against the government entity for whom the person works").

Respectfully submitted to the Court and delivered to:

David Robert Ross   drr@nwcdlaw.com

Joel L Wohlgemuth   jlw@nwcdlaw.com, mmw@nwcjlaw.com

Ryan A Ray   rar@nwcjlaw.com, src@nwcjlaw.com

Terri Michelle McGrew   mmcgrew@cityoftulsa.org, bchappelle@cityoftulsa.org, gbender@cityoftulsa.org, tdisney@cityoftulsa.org

Alix Rachelle Newman   arn@nwcjlaw.com, mmw@nwcjlaw.com, src@nwcjlaw.com

As of October 30, 2015, by

/s/ Richard O'Carroll
Richard O'Carroll. OBA 11947
***O'Carroll & O'Carroll***
2171 N. Vancouver Ave.
Tulsa, OK 74127
918 584 4192
troc@cox.net and

/s/ R. Thomas Seymour
R. Thomas Seymour
Lawyer

1811 South Baltimore
Tulsa, OK 74119

(918) 583 5791
rtseymour1@aol.com

**ATTORNEYS FOR MICHELLE MURPHY**