**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MICHELLE DAWN MURPHY, ) | |
|     Plaintiff, ) | |
| ) | 15 CV-528 GKF-PJC |
| v. ) | |
| ) | Relates to Doc # 2 |
| THE CITY OF TULSA, *et. al.* ) | |

**DISMISSAL WITH PREJUDICE OF STATE ACTORS**

The Plaintiff, through counsel, hereby dismisses with prejudice the following state actors, to wit: Defendant 3, **Tim Harrris**, Defendant 11, **Tom Gibson**, Defendant 12, **Mary Long**, Defendant 14, **Jeri Poplin** and Defendant 15, **Doris Unap**.

Respectfully submitted to the Court and delivered to:

David Robert Ross   drr@nwcdlaw.com

Joel L Wohlgemuth   jlw@nwcdlaw.com, mmw@nwcjlaw.com

Ryan A Ray   rar@nwcjlaw.com, src@nwcjlaw.com

Terri Michelle McGrew   mmcgrew@cityoftulsa.org, bchappelle@cityoftulsa.org, gbender@cityoftulsa.org, tdisney@cityoftulsa.org

Alix Rachelle Newman   arn@nwcjlaw.com, mmw@nwcjlaw.com, src@nwcjlaw.com

As of November 11, 2015, by

/s/ Richard O'Carroll
Richard O'Carroll. OBA 11947
***O'Carroll & O'Carroll***
2171 N. Vancouver Ave.
Tulsa, OK 74127
918 584 4192
troc@cox.net and

/s/ R. Thomas Seymour
R. Thomas Seymour
Lawyer

1811 South Baltimore
Tulsa, OK 74119

(918) 583 5791
rtseymour1@aol.com

**ATTORNEYS FOR MICHELLE MURPHY**