**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MICHELLE DAWN MURPHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15-CV-528-GKF-FHM |
| | ) | |
| THE CITY OF TULSA, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION AND ORDER

This matter comes before the court on the Motion *in Limine* Number Nine: To Exclude Any Derogatory References to Detective Mike Cook [Doc. #215] of defendant the City of Tulsa. For the reasons discussed below, the motion is denied.

In its ninth motion *in limine,* the City of Tulsa seeks an order wholly precluding Ms. Murphy from making any derogatory references to Tulsa Police Detective Mike Cook, including references to "rogue cop," "cowboy cop," or "confession whisperer." In response, Ms. Murphy argues that counsel is free to use appropriate language based on the evidence.

In Oklahoma, "[a] lawyer, as a member of the legal profession, is a representative of clients, an officer of the legal system and a public citizen having special responsibility for the quality of justice." Okla. Rules of Prof'l Conduct preamble. As such, an attorney must faithfully adhere to the Oklahoma Rules of Professional Conduct. *See* LCvR 83.6(c). Further, attorneys appearing before this court are expected to consult, and be guided by, the Northern District's Standards of Practice. LCvR 83.8. Pursuant to Local Rule 83.8, "[a] lawyer owes, to opposing counsel, a duty of courtesy and cooperation," as well as "the fundamental duties of personal dignity and professional integrity." LCvR 83.8(c)-(d). "Lawyers should treat each other, the opposing party,

the Court, and the members of the Court staff with courtesy and civility and conduct themselves in a professional manner at all times." LCvR 83.8(e). Finally, "*[a] lawyer shall always treat adverse witnesses and suitors with fairness and due consideration.*" LCvR 83.8(f) (emphasis added). The court trusts that counsel in this matter will conduct themselves with professional integrity, civility, and fairness at all times, and that a motion *in limine* directed toward counsel's conduct is unnecessary.

WHEREFORE, the City of Tulsa's Motion in *Limine* Number Nine: To Exclude Any Derogatory References to Detective Mike Cook [Doc. #215] is denied without prejudice.

DATED this 26th day of January, 2018.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT