**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MICHELLE DAWN MURPHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15-CV-528-GKF-FHM |
| ) | |
| THE CITY OF TULSA, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Pursuant to the court's Order of March 13, 2018 granting summary judgment in favor of defendant City of Tulsa, and the court finding there is no just reason to delay entering final judgment against Michelle Dawn Murphy and in favor of the City, it is hereby ordered that plaintiff Michelle Dawn Murphy recover nothing, and that the action be dismissed on the merits.

ENTERED this 13th day of March, 2018.

*[signature]*
GREGORY K. FRIZZELL, CHIEF JUDGE